UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                        :
                                              :    Chapter 13
Barry Jay Esterman                            :
                                              :    Bankruptcy No. 19-15597AMC
        Debtor.                               :

# ORDER

**AND NOW**, this 5th day of November, 2019, the Debtor having filed the above bankruptcy case on September 9, 2019,

**AND**, the Debtor having filed three (3) prior bankruptcy cases before the present case:

Including case number 04-13899, a Chapter 7 case filed in the Eastern District of Pennsylvania Bankruptcy Court on March 19, 2004 and discharged on April 29, 2005,

Including case number 16-15487, a Chapter 7 case filed in the Eastern District of Pennsylvania Bankruptcy Court on August 1, 2016 and dismissed on August 24, 2016 for failure to file information,

Including case number 19-11969, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on March 29, 2019 and dismissed on April 30, 2019 for failure to obtain pre-petition credit counseling,

**AND,** the docket reflecting that the Debtor has failed to file the below listed documents:

Certification Concerning Credit Counseling
Matrix List of Creditors
Chapter 13 Plan
Chapter 13 Statement of Your Current Monthly Income Form 122C-1
Means Test Calculation Form 122C-2
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106

**AND**, the debtor having failed to appear at the Show Cause hearing scheduled for November 5, 2019,

The Court finds that the debtor has filed this case in bad faith. The debtor's current bankruptcy case is hereby **DISMISSED**. Accordingly, it is **ORDERED** that the Debtor is barred from filing future bankruptcy cases for a period of 365 days, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

It is also **ORDERED**, that should the debtor wish to file a new bankruptcy case, he should file a motion with this Court requesting permission to file a new bankruptcy case using the caption of the present case, Bankr. 19-15597, and shall serve such motion upon all of his creditors and the United States Trustee.

Consistent with the Bar Order and until directed otherwise, the Clerk of the Court is **DIRECTED TO REFRAIN** from accepting any bankruptcy petition filed by the Debtor(s) or on behalf of the Debtor(s).

_____
Ashely M. Chan
United States Bankruptcy Judge